## DeGARMO JONES *versus* HENRY HUDSON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 255; (2) judgment *p. 285.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) recognizance; (3) writ of habeas corpus; (4) precipe for habeas corpus; (5) writ of habeas corpus; (6) transcript of county court record; (7) declaration; (8) plea of non assumpsit; (9) precipe to tax costs and for fi. fa.; (10) writ of fi. fa. and return; (11) precipe for ca. sa; (12) precipe for alias fi. fa.; (13)

alias fi. fa. and return; (14–15) precipes for pluries fi. fa.; (16) pluries fi. fa.; (17) receipt of clerk's fees; (18) precipe for pluries fi. fa.; (19) pluries fi. fa. and return; (20) promissory note.

*Office Docket*, MS p. 130, c. 43. (Case 95 of 1820) Recorded in *Book A*, MS pp. 318–23.